Exhibit A

## AFFIDAVIT

I, Ted Horton, being first duly sworn, depose and state:

1. I am employed as a Special Agent with the Department of Alcohol, Tobacco, Firearms and Explosives (ATF). My duties include investigations of violations of Title 18 of the United States Code, including but not limited to the Trafficking in Contraband Cigarettes and Smokeless Tobacco chapter and the forfeitures thereto.

2. The information contained in this affidavit is known to me through personal knowledge and/or through information relayed to me by other law enforcement personnel and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is made in support of the complaint for forfeiture of $75,339.00 in U.S. currency seized by the Kansas Highway Patrol on or about July 8, 2011.

3. In December 2009, ATF agents initiated an investigation into the illegal sales of contraband cigarettes being sold at the FAST STOP convenience store, located at 131 E. 39th Street in Kansas City, Missouri. Investigators ultimately developed information that James ABOUD and others supplied FAST STOP stores in the Kansas City Metropolitan Area with cigarettes through Cheap Tobacco Wholesale (CTW). Throughout the investigation, suspects Robert BELL (BELL) and Suzanne RUBY (RUBY) were identified as trafficking untaxed (contraband) cigarettes from the states of Kansas and Missouri to the state of Oklahoma where the contraband cigarettes were eventually sold in violation of the Contraband Cigarette Trafficking Act (CCTA) 18 U.S.C.§2342. According to the States of Oklahoma, Kansas, and Missouri, BELL and RUBY are not licensed wholesalers and do not report the sales/possession of cigarettes to each respective state.

4. On or about October 14, 2010, following the sale of unstamped cigarettes to another suspect, James ABOUD (ABOUD), investigators followed the shipment of cigarettes being transported by suspects Craig SHEFFLER and Nicole SHEFFLER from CTW, in Independence, Missouri, down the Kansas Turnpike near Wellington, Kansas where the cigarettes were transferred to BELL and a then-unidentified female. BELL then distributed the contraband cigarettes at various Oklahoma locations.

5. On or about November 4, 2010, during an undercover cigarette sale to ABOUD in Independence Missouri, ATF agents observed approximately 61 cases of Marlboro cigarettes being loaded into a white panel van associated with BELL. During the undercover transaction, ABOUD introduced BELL as the person helping ABOUD finance the purchase of contraband cigarettes. ABOUD said that BELL had a store in Oklahoma.

6. On or about November 18, 2010, during an undercover cigarette sale by ATF to ABOUD in Independence Missouri, undercover ATF agents spoke with BELL and RUBY. During the undercover transaction, BELL walked into the room while ABOUD was counting currency. ABOUD informed BELL that ABOUD was short some of the cash payment and BELL provided $99,000.00 to ABOUD. ABOUD said that BELL was taking at least 50 cases of Marlboro back with him and that BELL doesn't report anything. ABOUD told agents that BELL handles $100,000.00 per week in tobacco products. ABOUD said that ABOUD and BELL make false invoices from a third-party company that BELL buys from in the event that BELL gets stopped by the police.

7. On or about January 14, 2011, undercover ATF agents sold contraband cigarettes to ABOUD in Independence Missouri. During the undercover transaction, BELL

and RUBY arrived at the location. BELL provided $60,000.00 in currency to ABOUD. With the money received from BELL, ABOUD paid an ATF undercover agent $330,950.00 for a total of 335 cases of unstamped contraband cigarettes. The ATF agent then watched as Nicole SHEFFLER created a false invoice for BELL while Craig SHEFFLER told her what to put on the invoice.

8. On or about May 6, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase contraband chewing tobacco also known as "Other Tobacco Products" (OTP). During the transaction, BELL retrieved a plastic bag from BELL'S van containing U.S. currency. BELL then paid an undercover ATF agent $22,850.00 in currency for 119 cases of OTP.

9. On or about May 26, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase an additional 150 cases of OTP. After receiving some credit for some previously purchased but returned items, BELL paid an undercover ATF agent $14,330.00 in U.S. currency for the OTP.

10. On or about August 8, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase 100 cases of OTP. BELL paid an undercover ATF agent $19.950.00 in U.S. Currency for the tobacco. During the transaction BELL discussed having receiving cigarettes from ABOUD and selling all of the cigarettes that same night and then delivering the currency back to ABOUD the next morning.

11. On or about August 25, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase 30 cases of unstamped Marlboro cigarettes and 210 cases of OTP. BELL paid an undercover ATF agent $90,220.00

in U.S. currency for the tobacco.

12. On or about September 8, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase 44 cases of unstamped Newport cigarettes and 7 cases of OTP. BELL paid an undercover ATF agent $74,580.00 in U.S. currency for the cigarettes.

13. On or about September 22, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase 39 cases of unstamped Marlboro cigarettes and 135 cases of OTP. BELL paid an undercover ATF agent $88,035.00 in U.S. currency for the cigarettes and OTP.

14. On October 6, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase 20 cases of unstamped Marlboro cigarettes and 95 cases of OTP. BELL paid an undercover ATF agent $55,375.00 in U.S. currency for the cigarettes and OTP.

15. On or about October 13, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase purchase 26 cases of unstamped Marlboro cigarettes and 90 cases of OTP. BELL paid an undercover ATF agent $81,640.00 in U.S. currency for the cigarettes and OTP.

16. On or about November 3, 2011, BELL and RUBY arrived in Bell's white box van bearing an Oklahoma license at an ATF undercover warehouse in Kansas City, Missouri to purchase 42 cases of unstamped Marlboro cigarettes and 7 cases of unstamped Echo cigarettes. BELL paid an undercover ATF agent $79,800.00 in U.S. currency for the cigarettes.

17. On or about November 14, 2011, BELL ordered by text messaging to an undercover ATF

agent 40 cases of unstamped cigarettes to be picked up on November 17, 2011. ATF alerted the Kansas Highway Patrol of BELL'S travel route, and that BELL would be carrying U.S. currency related to the contraband cigarettes.

18. On or about November 17, 2011, Kansas Highway Patrol Trooper Brockman stopped for a traffic offense a white full-sized panel van on I-35 at milepost 120. The van was driven by BELL and the passenger was RUBY. During the encounter, Trooper Brockman located $75,339.00 in U.S. currency, a small amount of controlled substance, drug paraphernalia, and a .380 handgun.

19. On or about November 29, 2011, BELL and RUBY arrived at an ATF undercover warehouse in Kansas City, Missouri to purchase 32 cases of unstamped cigarettes. BELL paid an undercover ATF agent $60,360.00 in U.S. currency for the cigarettes. BELL and RUBY explained to the agent that they had been stopped on the previous trip and that RUBY had been arrested for having a marijuana pipe.

20. The ATF financial investigation indicates that during the period from at least November, 2010 through at least November, 2011, BELL paid over $685,000.00 in U.S. currency to undercover ATF agents to purchase untaxed cigarettes and other tobacco products. Although BELL frequently made large cash deposits of currency to various bank accounts with which he was associated, he made no large cash withdrawals from the accounts with which to make the large ATF cash purchases.

21. Based upon the information set forth herein, I believe probable cause exists that the seized $75,339.00, more or less, constitutes the proceeds of violations of trafficking in contraband cigarettes and smokeless tobacco, 18 U.S.C. 2342(a) and

2343; is property involved in violations of mail and wire fraud, 18 U.S.C. 1341-1343; is property involved in financial and monetary transactions involving the proceeds of specified unlawful activities in violation of 18 U.S.C. 1956 and 1957 (money laundering); and, is therefore forfeitable to the United States pursuant to 18 U.S.C. 981(a)(1)(A) and (C).

_S/A Teddy a. Horton_
SA Ted Horton, ATF

Sworn to and subscribed by me this 12th day of April, 2012.

_Michelle R. Kellogg_
Notary

My Commission Expires: 9/17/14



MICHELLE R. KELLOGG
MY COMMISSION EXPIRES
September 17, 2014
OFFICIAL SEAL